UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

No. 7:03-CR-077-1F

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | |
| v. | ) | ORDER |
| | ) | |
| DANNY L. BLACKMON, | ) | |
| Defendant. | ) | |

This matter is before the court on the Defendant's motion for discovery documents. To the extent that the Clerk of Court has access to the documents requested, she is directed to send the Defendant a copy of same, including his Complaint, Warrant and Indictment.

SO ORDERED.

This the 29th day of June, 2010.

*James C. Fox*

JAMES C. FOX
Senior United States District Judge